IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN THOMAS MILLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25cv108 |
| | ) | **Electronic Filing** |
| **CLEARFIELD COUNTY PRISON**, | ) | |
| **CLEARFIELD COUNTY MEDICAL** | ) | |
| **DEPARTMENT, CLEARFILED** | ) | |
| **COUNTY COMMISSIONERS,** and | ) | |
| **WARDENS of CLEARFIELD COUNTY** | ) | |
| **PRISON**, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM ORDER</u>**

Plaintiff Shawn Thomas Miller  ("Plaintiff") commenced this civil rights action on April 8, 2025.  The case was referred to United States Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 6) filed on May 7, 2025, recommended that plaintiff's Complaint be dismissed with prejudice for failure to conform with Federal Rule of Civil Procedure 8 and pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.  Among other shortcomings, the Report and recommendation notes that "[p]laintiff's complaint states no claim because he identifies no individual allegedly responsible for violating his rights, and he has not alleged any facts that would allow an inference that the defendants he does name are liable."  <u>Id.</u> at p. 3.  Plaintiff was informed that objections to the Report and Recommendation were due by May 21, 2025.  The Court then issued a deficiency order informing plaintiff of the proper forms to utilize in submitting his claims in an amended complaint.  Plaintiff submitted filings which the court has treated as

objections (ECF No.s 8 and 9).  The "objections" do not seek to address the matters raised in the Report and Recommendation and merely add to the deficiencies which the Report and Recommendation highlighted.  They thus do not undermine the Report and Recommendation and therefore are overruled.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 30th day of July, 2026,

IT IS ORDERED that [5] the Complaint be, and the same hereby is dismissed.  The [6] Report and Recommendation of Magistrate Judge Pesto dated May, 2025, is adopted as the opinion of the Court.


s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge


cc:     The Honorable Peter E. Ormsby
        United States Magistrate Judge

        (*Via CM/ECF Electronic Mail*)


        Shawn Thomas Miller
        2500159
        Clearfield County Jail
        115 21st Street
        Clearfield, Pa 16830

        (*Via United States Postal Service mail*)

2